# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **MARIA GOMEZ** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 7:19-CV-00079** |
| | § | |
| **WAL-MART STORES TEXAS, L.L.C.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement pursuant to Local Rule 16.3 and advise the Court, without any parties admitting liability in this cause, that the parties announce that they have reached a settlement and complete accord and satisfaction in this matter. This settlement resolves all claims and causes of action which were raised or could have been raised in the above-referenced lawsuit.

Date: **April 7, 2020**.

Respectfully submitted,

**THE LAW OFFICE OF
MARTIE GARCIA VELA, P.C.**

 */s/ Martie Garcia Vela*
Martie Garcia Vela, Attorney in Charge
Federal ID No.
State Bar No. 24058898
509 N. San Antonio Street
Rio Grande City, Texas 78582
(956) 488-8170 Telephone
(956) 488-8129 Facsimile
Email: martie.garcia@gmail.com
**ATTORNEY FOR PLAINTIFF
MARIA GOMEZ**

**DAW & RAY, L.L.P**

*/s/ Jaime A. Drabek*
Jaime A. Drabek, Attorney in Charge
SBN: 06102410; FED ID No. 8643
Ricardo G. Benavides, Attorney of Record
SBN: 24031735; FED ID No. 32205
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
Telephone: (956) 687-3121
Facsimile: (956) 686-3188
Email: jdrabek@dawray.com
**COUNSEL FOR DEFENDANT,
WAL-MART STORES TEXAS, L.L.C.**